SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 5:13-mj-1424

IN THE MATTER OF THE APPLICATION FOR :
A WARRANT AUTHORIZING THE SEARCH OF :
INFORMATION ASSOCIATED WITH : ORDER
(252)493-1000 THAT IS STORED AT A :
PREMISES CONTROLLED BY VERIZON :
WIRELESS :

IT APPEARING that prior notice of this Order to any person of this investigation or this application and Order entered in connection therewith would seriously jeopardize the investigation;

IT IS ORDERED that, pursuant to the preclusion of notice provisions of 18 U.S.C. § 2705(b), Verizon Wireless shall not disclose the existence of the warrant, the application, or this Order of the Court to the listed subscriber or to any other person for a period of ninety (90) days unless authorized to do so by the Court.

This the 24th day of April, 2013.

JAMES E. GATES
United States Magistrate Judge