IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-MJ-1424-JG-1

IN RE: )
 )
SEARCH WARRANT FOR )
INFORMATION ASSOCIATED WITH ) **ORDER TO UNSEAL**
CELL PHONE (252) 493-1000, THAT IS )
STORED AT THE PREMISES )
CONTROLLED BY VERIZON WIRELESS )

This case comes before the court on the motion (D.E. 8) by the government to unseal this matter. As grounds for the motion to unseal, the government represents that the search warrant has been executed and that it must disclose the information contained in the sealed documents to fulfill its discovery obligations.

Having duly considered the motion, and for good cause shown, the court hereby GRANTS the motion.[1] The Clerk is DIRECTED to unseal this matter and all documents filed therein.

SO ORDERED, this the 23rd day of June 2014.

_____
James E. Gates
United States Magistrate Judge

---

[1] While the court is allowing the motion to unseal, it notes that an order sealing the case was never properly entered in this case. The order filed at D.E. 3, which is identified in the docket text as an order sealing this case, is actually a duplicate of the order (D.E. 6) granting the government's motion for nondisclosure (D.E. 5). However, because the court is directing that the case be unsealed, any issue related to the absence of an order to seal is now moot.